396 A.2d 817

Carolyn C. Appeal.

Argued October 26, 1978. Richard J. Federowicz, for appellant; Alton P. Arnold, for appellee, Fultz; Evan E. Lloyd, for appellee, Child Welfare; Howard B. Elbing, for appellee, Coleman.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Order affirmed.

396 A.2d 817

Coco, et ux. v. Baney, Appellant, et al.

Argued October 24, 1978. William J. Fitzgerald, for appellant; No appearance entered nor brief submitted for appellee, Patterson; James L. McAneny, for appellees, Coco, et ux.

Before VAN der VOORT, SPAETH and LIPEZ, JJ.

Order affirmed.